IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10900
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CLIFTON ONEIL NEMONS,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CR-102-ALL-D
- - - - - - - - - -
July 31, 1998

Before DUHE', DeMOSS and DENNIS, Circuit Judges.

PER CURIAM:*

      Court-appointed counsel for Clifton Oneil Nemons has filed a

brief as required by Anders v. California, 386 U.S. 738, 744,

(1967), and we have independently reviewed counsel's brief and

the record and have found no nonfrivolous issue.  Accordingly,

counsel is excused from further responsibilities herein, and the

APPEAL IS DISMISSED.  See 5th Cir. R. 42.2.

_____

      * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.